IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CHARLES RILEY, et al. | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Case No 2:11-CV-00006 (JCH) |
| | ) |
| RANDOLPH COUNTY, MISSOURI, et al. | ) |
| | ) |
|     Defendants. | ) |

### MEMORANDUM OF SETTLEMENT

**COME NOW** the Plaintiffs by and through their undersigned counsel, Thomas E. Fagan and Defendants, by and through their undersigned counsel, John B. Morthland and Amy L. Ohnemus, and announce to the Court that the parties have negotiated a settlement in the above referenced matter. The parties further ask that this Court remove this matter from its trial docket of August 27, 2012 through August 31, 2012, that the Court pass this matter to allow the parties to prepare the necessary documentation to finalize the settlement agreement.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By s/ John B. Morthland | By s/ Amy L. Ohnemus |
| **JOHN B. MORTHLAND, #27404MO** | **AMY L. OHNEMUS, ##60191MO** |
| **WASINGER, PARHAM, MORTHLAND, TERRELL & WASINGER, L.C.** | **WASINGER, PARHAM, MORTHLAND, TERRELL & WASINGER, L.C.** |
| P. O. Box 962 | P.O. Box 962 |
| Hannibal, Missouri 63401 | Hannibal, Missouri 63401 |
| Phone: (573) 221-3225 | Phone: (573) 221-3225 |
| Fax: (573) 221-9315 | Fax: (573) 221-1991 |
| **ATTORNEY FOR DEFENDANT** | **ATTORNEY FOR DEFENDANT** |

Respectfully submitted,


By s/ Thomas E. Fagan
**THOMAS E. FAGAN, #43607MO**
**WUESTLING & JAMES, L.C.**
720 Olive Street, Suite 2020
St. Louis, Missouri 63101
Phone: (314) 421-6500
Fax: (314) 421-5556
**ATTORNEY FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

Counsel for Defendants and Plaintiffs hereby certifies that a copy of Memorandum of Settlement were served upon all parties to the case via the Courts electronic notification system CMECF on July 13, 2012.

s/ Amy L. Ohnemus
**AMY L. OHNEMUS**
